**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE,<br><br>          Plaintiff,<br><br>     v.<br><br>GC DEL MAR LLC,<br><br>          Defendant. | Case No. 20cv1885-LAB-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 9]** |

The Court construes the parties' Stipulation for Dismissal, Dkt. 9, as a joint motion under CivLR 7.2. That Motion is **GRANTED**. Dkt. 9. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. Fed. R. Civ. P. 41(a); CivLR 7.2.

**IT IS SO ORDERED.**

DATED: November 17, 2020

*[signature]*
Hon. Larry A. Burns
Chief United States District Judge